# United States District Court
# Eastern District of Michigan

| | | |
|---|---|---|
| Pamela Kay Skalski, | ) | No. 2:21-cv-12390-TGB-DRG |
| *Plaintiff,* | ) | |
| | ) | Terrence G. Berg |
| v. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | David R. Grand |
| Acting Commissioner of the | ) | United States Magistrate Judge |
| Social Security Administration, | ) | |
| *Defendant*. | ) | |

## Order

The Commissioner's motion to remand is granted and this matter is remanded for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 296-97 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, the Appeals Council will direct the Administrative Law Judge to offer plaintiff the opportunity for a hearing and issue a new decision.

/s/Terrence G. Berg_____
Terrence G. Berg
United States District Judge

Dated: May 9, 2022