# United States District Court
# Eastern District of Michigan

| | | |
|---|---|---|
| Pamela Kay Skalski, | ) | No. 2:21-cv-12390-TGB-DRG |
| *Plaintiff,* | ) | |
| | ) | Terrence G. Berg |
| v. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | David R. Grand |
| Acting Commissioner of the | ) | United States Magistrate Judge |
| Social Security Administration, | ) | |
| *Defendant.* | ) | |

## **Judgment**

In accordance with the order entered on this date, it is ordered that the Acting Commissioner's decision is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

/s/Terrence G. Berg
Terrence G. Berg
United States District Judge

Dated: May 9, 2022